Erick E. GARCIA, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 74390.

Missouri Court of Appeals, Western District.

March 26, 2013.

Karen L. Kramer, Jefferson City, MO, for respondent.

Rosalynn Koch, Columbia, MO, for appellant.

Before Division Two: KAREN KING MITCHELL, Presiding Judge, THOMAS H. NEWTON and LISA WHITE HARDWICK, Judges.

ORDER

PER CURIAM.

Erick Garcia appeals the denial of his Rule 24.035 motion for post-conviction relief without an evidentiary hearing. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the judgment denying post-conviction relief.

AFFIRMED. Rule 84.16(b)